# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SAMPSON, | CASE NO. 1:07-cv-00878-LJO-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO ADMINISTRATIVELY CLOSE THIS CASE ON THE GROUND THAT IT IS DUPLICATIVE OF CASE NUMBER 1:07-CV-00034-OWW-DLB PC |
| v. | |
| E. SALAZAR, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Michael A. Sampson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action was opened in the Northern District of California and transferred to this court on June 19, 2007.  (Doc. 1.)  The Court has reviewed the amended complaint filed on May 14, 2007, and finds that plaintiff's claims are identical to those set forth in case number 1:07-cv-00034-OWW-DLB PC *Sampson v. Director of CDC, et al.*, filed on January 8, 2007.  Therefore, this case shall be closed and the earlier filed case shall proceed.

Accordingly, the Clerk's Office is HEREBY DIRECTED to close this case on the ground that it is duplicative of case number 1:07-cv-00034-OWW-DLB PC.

IT IS SO ORDERED.

**Dated:   September 5, 2007**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1